1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

7

8

9

10

11

MacNEIL AUTOMOTIVE PRODUCTS
LIMITED d/b/a WEATHERTECH,

Plaintiff,

v.

YITA LLC d/b/a OEDRO and/or
YITAMOTOR; and LED KINGDOMUS,

Defendants.

C20-278 TSZ

12

13

14

15

16

17

MacNEIL AUTOMOTIVE PRODUCTS
LIMITED d/b/a WEATHERTECH,

Plaintiff,

v.

JINRONG (SH) AUTOMOTIVE
ACCESSORY DEVELOPMENT CO.,
LTD.; and RUI DAI,

Defendants.

C20-856 TSZ

MINUTE ORDER

18

19

The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

20

21

22

(1)     Defendant Yita LLC's motion to stay, docket no. 69 in C20-278, is
GRANTED, and Case No. C20-278 is STAYED pending a decision by the United States
Patent and Trademark Office's Patent Trial and Appeal Board ("PTAB") concerning one
or more of Yita LLC's petitions for inter partes review ("IPR").  The parties are
DIRECTED to file a Joint Status Report within fourteen (14) days after the PTAB rules
on one or more of Yita LLC's IPR petitions.

23

MINUTE ORDER - 1

(2)     Defendant Jinrong (SH) Automotive Accessory Development Co., LTD.'s motion to stay, docket no. 71 in C20-856, is DENIED.  Jinrong (SH) Automotive Accessory Development Co., LTD. is not a party to any proceeding before the PTAB.

(3)     In Case No. C20-856, the dates and deadlines set by the Northern District of Illinois, _see_ Minute Entry (docket no. 56), are STRICKEN.  Within thirty (30) days of the date of this Minute Order, the parties shall meet and confer and file a Joint Status Report consistent with Federal Rule of Civil Procedure 26(f)(3), Local Civil Rule 26(f), and Local Patent Rule 110.  From this point forward in Case No. C20-856, the Local Civil Rules and Local Patent Rules of this District shall govern.

(4)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of August, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk