1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

7   MacNEIL AUTOMOTIVE PRODUCTS
LIMITED d/b/a WEATHERTECH,

8                     Plaintiff,

9        v.                                    C20-856 TSZ

10   JINRONG (SH) AUTOMOTIVE            MINUTE ORDER
ACCESSORY DEVELOPMENT CO.,
11   LTD.; and RUI DAI,

12                     Defendants.

13        The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:
14

15        (1)     Defendant Jinrong (SH) Automotive Accessory Development Co., LTD.'s
motion for reconsideration, docket no. 75, is RENOTED to September 11, 2020.  Plaintiff
shall file a response to the motion for reconsideration on or before September 8, 2020.
16   Any reply shall be filed by the new noting date.

17        (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
record.
18

        Dated this 24th day of August, 2020.
19

20                                             William M. McCool
                                               Clerk

21
                                               s/Karen Dews
22                                             Deputy Clerk

23

MINUTE ORDER - 1