UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MacNEIL AUTOMOTIVE PRODUCTS LIMITED d/b/a WEATHERTECH,<br><br>        Plaintiff,<br><br>   v.<br><br>JINRONG (SH) AUTOMOTIVE ACCESSORY DEVELOPMENT CO., LTD.; and RUI DAI,<br><br>        Defendants. | C20-856 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Jinrong (SH) Automotive Accessory Development Co., Ltd.'s motion for reconsideration, docket no. 75, is DENIED.

(2) Having reviewed the parties' Joint Status Report, docket no. 86, the Court DIRECTS that any motion concerning whether the accused infringement is beyond the territorial scope of United States patent law shall be filed on or before November 12, 2020, and noted for the fifth (rather than the fourth) Friday after filing. The Court will issue a separate scheduling order setting the trial date and related dates and deadlines.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of September, 2020.

                                                  William M. McCool
                                                  Clerk

                                                  s/Karen Dews
                                                  Deputy Clerk

MINUTE ORDER - 1