UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MACNEIL AUTOMOTIVE PRODUCTS LIMITED,

    Plaintiff,

v.

JINRONG (SH) AUTOMOTIVE ACCESSORY DEVELOPMENT CO LTD,

    Defendant.

C20-856 TSZ

MINUTE ORDER SETTING TRIAL AND RELATED DATES

| | |
|---|---|
| **JURY TRIAL DATE (7 days)** | March 14, 2022 |
| Statement of asserted claims and preliminary infringement contentions due | October 5, 2020 |
| Statement of preliminary non-infringement and invalidity contentions due | November 2, 2020 |
| Deadline for joining additional parties | November 16, 2020 |
| Parties to exchange preliminary proposed constructions of disputed claim terms and provide list of proposed extrinsic evidence | November 23, 2020 |
| Joint Claim Chart and Prehearing Statement due | February 10, 2021 |
| Parties to disclose reports from expert witnesses, if any, regarding Markman issues | February 10, 2021 |
| Parties to disclose rebuttal expert reports, if any, regarding Markman issues | March 12, 2021 |

MINUTE ORDER SETTING TRIAL AND RELATED DATES - 1

| | |
|---|---|
| Deadline for completion of claim construction discovery and for amending pleadings | April 2, 2021 |
| Opening claim construction briefs (24 pages per side) filed by (and noted for the date that the responsive claim construction briefs are due) | April 8, 2021 |
| Responsive claim construction briefs (24 pages per side) filed by | April 23, 2021 |

If a claim construction (Markman) hearing is necessary, one will be set upon at least 20 days' notice to the parties.

| | |
|---|---|
| Reports from expert witnesses under FRCP 26(a)(2) due | July 9, 2021 |
| Rebuttal expert reports due | August 9, 2021 |
| All discovery motions must be filed by (and noted on the motion calendar no later than the third Friday thereafter) | August 19, 2021 |
| Discovery completed by | September 16, 2021 |
| All dispositive motions must be filed by (and noted on the motion calendar no later than the fourth Friday thereafter; see LCR 7(d)) | November 18, 2021 |
| All motions related to expert witnesses (*e.g.*, Daubert motion) must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | November 24, 2021 |
| All motions *in limine* must be filed by (and noted on the motion calendar for the Friday before the Pretrial Conference) | February 10, 2022 |
| Agreed pretrial order due | February 25, 2022 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | February 25, 2022 |
| Pretrial Conference at 10:00 a.m. on | March 4, 2022 |

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the

MINUTE ORDER SETTING TRIAL AND RELATED DATES - 2

Local Civil Rules.  These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties.  The Court will alter these dates only upon good cause shown:  failure to complete discovery within the time allowed is not recognized as good cause.

If the Markman hearing or trial dates assigned to this matter create an irreconcilable conflict, counsel must notify Judge Zilly's Chambers at 206-370-8830, within 14 days of the date of this Minute Order and explain the exact nature of the conflict.  A failure to do so will be deemed a waiver.  Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

### Claim Construction (Markman) Hearing

The claim construction hearing will be set for a half-day (2.5 hours).  If more or less time is required, the parties are instructed to inform Judge Zilly's Chambers at 206-370-8830.

PLEASE NOTE:  The Court will not rule on dispositive motions that raise issues of claim construction prior to the Markman Hearing, unless special circumstances warrant and leave of Court is obtained in advance of filing.

### Exhibits

The original and one copy of any exhibits to be used at the Markman Hearing and/or trial are to be delivered to the Court at least five (5) days before the hearing and/or trial date at a time coordinated with Gail Glass, who can be reached at 206-370-8522.

MINUTE ORDER SETTING TRIAL AND RELATED DATES - 3

Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit. For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200; if defendant's last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

<u>Settlement</u>

Should this case settle, counsel shall notify Judge Zilly's Chambers at 206-370-8830 as soon as possible.

Dated this 21st day of September, 2020.

                                          Thomas S. Zilly
                                          United States District Judge