UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MacNEIL AUTOMOTIVE PRODUCTS LIMITED d/b/a WEATHERTECH,

Plaintiff,

v.

JINRONG (SH) AUTOMOTIVE ACCESSORY DEVELOPMENT CO., LTD.; and RUI DAI,

Defendants.

C20-856 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)  Defendant Jinrong (SH) Automotive Accessory Development Co., Ltd. ("Jinrong") has filed a proposed order, docket no. 94, to extend certain deadlines, characterizing it as a stipulation, but no other party has signed the document, and the Court DECLINES to enter it.  In light of the pending motion for summary judgment, docket no. 91, which is currently noted for December 11, 2020, the Court sua sponte EXTENDS the deadline for the parties to exchange preliminary proposed constructions of disputed claim terms and lists of proposed extrinsic evidence from November 23, 2020, to December 18, 2020.

(2)  The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of November, 2020.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1