UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MacNEIL AUTOMOTIVE PRODUCTS LIMITED d/b/a WEATHERTECH; and MacNEIL IP LLC,

Plaintiffs,

v.

JINRONG (SH) AUTOMOTIVE ACCESSORY DEVELOPMENT CO., LTD.; and RUI DAI,

Defendants.

C20-856 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) In light of plaintiffs' recently-filed motion, docket no. 96, for a Rule 56(d) continuance of the motion for summary judgment brought by defendant Jinrong (SH) Automotive Accessory Development Co., Ltd. ("Jinrong"), the Court sua sponte STRIKES the noting date for Jinrong's motion for summary judgment, docket no. 91. The Court will reset the noting date for Jinrong's motion for summary judgment (and establish a related briefing schedule) after it rules on plaintiffs' motion for a Rule 56(d) continuance.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of December, 2020.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1