UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MacNEIL AUTOMOTIVE PRODUCTS LIMITED d/b/a WEATHERTECH; and MacNeil IP LLC,

        Plaintiffs,

v.

JINRONG (SH) AUTOMOTIVE ACCESSORY DEVELOPMENT CO., LTD.; and RUI DAI,

        Defendants.

C20-856 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' Rule 56(d) motion, docket no. 96, is GRANTED in part, and DENIED in part, as follows:

    (a) The motion for summary judgment, docket no. 91, brought by defendant Jinrong (SH) Automotive Accessory Development Co., Ltd. ("Jinrong"), is RENOTED to March 5, 2021.

    (b) Plaintiffs may conduct discovery as necessary to prepare a response to Jinrong's motion for summary judgment. Plaintiffs' response shall be filed by March 1, 2021. Any reply shall be filed by the new noting date.

    (c) Plaintiffs' request to stay briefing on Jinrong's motion for summary judgment for an indefinite period is DENIED.

MINUTE ORDER - 1

(2) In light of the Court's ruling in Paragraph 1, above, and consistent with the parties' stipulation and proposed order, docket no. 101, the following claim construction deadlines are EXTENDED:

| | |
|---|---|
| Parties to exchange preliminary proposed constructions of disputed claim terms and provide list of proposed extrinsic evidence | February 3, 2021 |
| Joint Claim Chart and Prehearing Statement due | March 10, 2021 |
| Parties to disclose reports from any expert witnesses regarding <u>Markman</u> issues | March 10, 2021 |
| Parties to disclose any rebuttal expert reports regarding <u>Markman</u> issues | April 12, 2021 |
| Deadline for completion of claim construction discovery and for amending pleadings | April 29, 2021 |
| Opening claim construction briefs filed by (and noted for the date that the responsive claim construction briefs are due) | May 6, 2021 |
| Responsive claim construction briefs filed by | May 21, 2021 |

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of December, 2020.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk
