UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MacNEIL AUTOMOTIVE PRODUCTS LIMITED d/b/a WEATHERTECH; and MacNEIL IP LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JINRONG (SH) AUTOMOTIVE ACCESSORY DEVELOPMENT CO., LTD.; and RUI DAI,<br><br>Defendants. | C20-856 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The renewed motion to stay, docket no. 108, brought by defendant Jinrong (SH) Automotive Accessory Development Co., Ltd. ("Jinrong") is DENIED. Jinrong has filed a motion for summary judgment, seeking a ruling that any infringement on its part of the patents-in-suit occurred outside the United States. Jinrong fails to explain why the Court should wait to decide this jurisdictional issue until after inter partes review ("IPR") proceedings to which Jinrong is not a party are concluded.

(2) Jinrong's alternative motion, docket no. 108, for a protective order is DENIED without prejudice. The Court has permitted plaintiffs to conduct discovery "as necessary to prepare a response to Jinrong's motion for summary judgment." Minute Order at ¶ 1(b) (docket no. 103). Jinrong makes no specific showing that plaintiffs' requests exceed the scope of permitted discovery or that numerical limitations are required. Counsel are DIRECTED to meet and confer and attempt to agree, if they have not already done so, on the scope of jurisdictional-related discovery. Any motion relating to such discovery shall be presented, if necessary, via the expedited procedure set forth in Local Civil Rule 37(a)(2), within fourteen (14) days of the date of this Minute Order.

MINUTE ORDER - 1

(3)     Pursuant to the parties' stipulation, docket no. 104, indicating that the parties wish to delay claim construction until after the Court rules on Jinrong's motion for summary judgment, the various claim construction deadlines are hereby STRICKEN and will be reset, if appropriate, after Jinrong's pending jurisdictional motion is resolved. The trial date remains March 14, 2022, and all other dates and deadlines set forth in the Minute Order entered September 22, 2020, docket no. 88, remain in full force and effect.

(4)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of February, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2