UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MacNEIL AUTOMOTIVE PRODUCTS LIMITED d/b/a WEATHERTECH; and MacNEIL IP LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JINRONG (SH) AUTOMOTIVE ACCESSORY DEVELOPMENT CO., LTD.; and RUI DAI,<br><br>Defendants. | C20-856 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' motion, docket no. 125, to deny a pending motion for summary judgment and for entry of default judgment as a sanction, is RENOTED to May 21, 2021, and will be considered together with the motion for summary judgment, docket no. 91, filed by Jinrong (SH) Automotive Accessory Development Co., Ltd. ("Jinrong"). Any response and any reply relating to plaintiffs' motion to deny Jinrong's motion for summary judgment and for entry of default judgment against Jinrong shall be due in accordance with LCR 7(d)(3).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of March, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1