UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MacNEIL AUTOMOTIVE PRODUCTS LIMITED d/b/a WEATHERTECH; and MacNEIL IP LLC,

        Plaintiffs,

    v.

JINRONG (SH) AUTOMOTIVE ACCESSORY DEVELOPMENT CO., LTD.; and RUI DAI,

        Defendants.

C20-856 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' stipulation and proposed order to extend case deadlines, docket no. 185, the Court hereby STRIKES the trial date of March 14, 2022, and all remaining dates and deadlines. The trial date and related deadlines will be reset, if appropriate, after the Court rules on the pending motions in this matter.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of July, 2021.

                              Ravi Subramanian
                              Clerk

                              s/Gail Glass
                              Deputy Clerk

MINUTE ORDER - 1