UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MacNEIL AUTOMOTIVE PRODUCTS LIMITED d/b/a WEATHERTECH; and MacNEIL IP LLC,

Plaintiffs,

v.

JINRONG (SH) AUTOMOTIVE ACCESSORY DEVELOPMENT CO., LTD.; and RUI DAI

Defendants.

C20-856 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the Order entered August 19, 2021, docket no. 187, and the Declaration of Timothy Schaum, docket no. 190, concerning the attorney's fees, translator's costs, and other expenses incurred by plaintiffs in connection with the deposition of Hui Lin, the Court hereby imposes sanctions against defendant Jinrong (SH) Automotive Accessory Development Co., Ltd. ("Jinrong") in the amount of $9,114.67.[1] Jinrong shall send a check for such sum, made payable to MacNeil Automotive Products Limited and MacNeil IP LLC, to plaintiffs' counsel (or make other

---

[1] The Court has deducted $825.00 in paralegal expenses from the amount requested by plaintiffs. Plaintiffs provided no evidence that the paralegal's services related to other than administrative or ministerial tasks.

MINUTE ORDER - 1

payment arrangements, for example, wire transfer) within fourteen (14) days of the date of this Minute Order.

(2) Having reviewed the parties' Joint Status Report, docket no. 189, indicating that the parties have not yet formed views concerning whether the Court should appoint a Discovery Master fluent in both English and Chinese (Mandarin) pursuant to Federal Rule of Civil Procedure 53, <u>see</u> Order at 24, ¶ 5 (docket no. 187), the Court takes no further action at this time.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of September, 2021.

                                      Ravi Subramanian
                                      Clerk

                                      s/Gail Glass
                                      Deputy Clerk

MINUTE ORDER - 2