UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MacNEIL AUTOMOTIVE PRODUCTS LIMITED d/b/a WEATHERTECH; and MacNEIL IP LLC,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>YITA, LLC d/b/a Oedro or YitaMotor,<br><br>　　　　　　　Defendant. | C20-278 TSZ |
| MacNEIL AUTOMOTIVE PRODUCTS LIMITED d/b/a WEATHERTECH; and MacNEIL IP LLC,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>JINRONG (SH) AUTOMOTIVE ACCESSORY DEVELOPMENT CO., LTD.; and RUI DAI,<br><br>　　　　　　　Defendants. | C20-856 TSZ<br><br>MINUTE ORDER SETTING TRIAL DATE AND RELATED DEADLINES |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Reports in these matters, the Court hereby CONSOLIDATES these cases for pretrial purposes. All future filings shall bear both captions, but only the lower case number, *i.e.*, C20-278 TSZ. The Clerk is DIRECTED to administratively CLOSE Case No. C20-856 TSZ. The Court defers ruling on whether these actions will be consolidated for trial. If the Court determines that the

MINUTE ORDER SETTING TRIAL DATE AND RELATED DEADLINES - 1

matters will be tried separately,[1] the higher case number will be reopened for purposes of filing trial-related materials.

(2) In Case No. C20-278 TSZ, the parties stipulated to the withdrawal of Yita, LLC's motion to dismiss, docket no. 61, and plaintiffs' filing of a Second Amended Complaint within fifteen (15) days after these cases were consolidated.  *See* Stip. & Order (docket no. 67).  In their Joint Status Report, docket no. 86, the parties make no mention of this earlier stipulation, but they propose a deadline to file amended pleadings that is subsequent to a deadline for Yita, LLC to file a renewed motion to dismiss.

(a) To the extent that plaintiffs intend to amend their pleading with respect to Yita, LLC, plaintiffs shall electronically file their Second Amended Complaint within fourteen (14) days of the date of this Minute Order.

(b) If plaintiffs file a Second Amended Complaint, then Yita, LLC shall file its responsive pleading or motion within twenty-one (21) days thereafter.

(c) If plaintiffs do not file a Second Amended Complaint, then Yita, LLC shall file its responsive pleading or motion within twenty-eight (28) days of the date of this Minute Order.

(d) Any responsive motion shall be limited to the issues set forth in Yita, LLC's previous motion to dismiss, docket no. 61, other than venue, and to any new claims asserted in any Second Amended Complaint.

(3) In Case No. C20-856 TSZ, the Court struck a motion to dismiss, docket no. 199, filed by Jinrong (SH) Automotive Accessory Development Co., Ltd. ("Jinrong"), without prejudice to filing either a responsive pleading or motion within sixty (60) days after Jinrong provided samples of the accused products, which were due on March 31, 2022.  *See* Minute Order at ¶¶ 1(a)&(b) (docket no. 209).

(a) Any responsive motion shall be limited to the issues set forth in Jinrong's previous motion to dismiss, docket no. 199, and shall be consolidated

---

[1] The Court notes that the parties previously filed a stipulation to consolidate these cases for all purposes, indicating their agreement that these matters "involve common questions of law and fact" and that "the best interests of all parties and judicial economy" would be served by consolidating these actions.  *See* Stipulation (C20-278, docket no. 68); Notice of Stipulation (C20-856, docket no. 70).  The Court did not earlier approve the parties' stipulation because, at the time, a stay was appropriate in the lower-numbered case but not in the higher-numbered one.  *See* Minute Order (C20-856, docket no. 74); *see also* Minute Order (C20-856, docket no. 87); Minute Order (C20-856, docket no. 115).  The stipulation, however, remains part of the record, and a stronger showing than is set forth in the recent Joint Status Reports will be required to render the parties' prior agreement ineffective.

with any responsive motion filed by Yita, LLC.  Such consolidated motion shall be filed by the applicable deadline set forth in Paragraph 2, above, and shall not exceed twenty-four (24) pages in length.  If Yita, LLC elects to file a responsive pleading rather than a responsive motion, then Jinrong's renewed motion to dismiss, if any, shall be filed within thirty-five (35) days of the date of this Minute Order.

(b)     If Jinrong opts not to renew its motion to dismiss the infringement claims involving U.S. Patent Nos. 8,899,655 and/or 9,138,917, then Jinrong shall file its responsive pleading within fourteen (14) days of the date of this Minute Order.

(4)     Having reviewed the parties' Joint Status Reports, docket no. 86 in Case No. C20-278 TSZ and docket no. 210 in Case No. C20-856 TSZ, the Court SETS the following trial date and related deadlines:

| | |
|---|---|
| **JURY TRIAL DATE (7-10 days)** | **March 25, 2024** |
| Statement of asserted claims and preliminary infringement contentions due (if not previously served or as amended) | May 18, 2022 |
| Statement of preliminary non-infringement and invalidity contentions due | June 21, 2022 |
| Deadline for joining additional parties | June 27, 2022 |
| Parties to exchange preliminary proposed constructions of disputed claim terms and provide list of proposed extrinsic evidence | January 6, 2023 |
| Joint Claim Chart and Prehearing Statement due | March 10, 2023 |
| Parties to disclose reports from expert witnesses, if any, regarding Markman issues | March 10, 2023 |
| Parties to disclose rebuttal expert reports, if any, regarding Markman issues | April 10, 2023 |
| Deadline for completion of claim construction discovery and for amending pleadings | May 5, 2023 |

| | | |
|---|---|---|
| Opening claim construction briefs filed by (and noted for the date that the responsive claim construction briefs are due) | | May 12, 2023 |
| Responsive claim construction briefs filed by | | June 2, 2023 |
| If a claim construction (Markman) hearing is necessary, one will be set upon at least 20 days' notice to the parties. | | |
| Reports from expert witnesses under FRCP 26(a)(2) due | | September 5, 2023 |
| Rebuttal expert reports due | | October 5, 2023 |
| All discovery motions must be filed by (and noted on the motion calendar no later than the third Friday thereafter) | | October 26, 2023 |
| Discovery completed by | | December 1, 2023 |
| All dispositive motions must be filed by (and noted on the motion calendar no later than the fourth Friday thereafter; see LCR 7(d)) | | January 4, 2024 |
| All motions related to expert witnesses (e.g., Daubert motion) must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | | January 11, 2024 |
| All motions in limine must be filed by (and noted on the motion calendar for the Friday before the Pretrial Conference) | | February 15, 2024 |
| Agreed pretrial order[2] due | | March 1, 2024 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | | March 1, 2024 |

---

[2] The agreed pretrial order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an e-mail sent to the following address: ZillyOrders@wawd.uscourts.gov.

MINUTE ORDER SETTING TRIAL DATE AND RELATED DEADLINES - 4

Pretrial Conference            at 10:00 a.m. on            March 15, 2024

All other dates and deadlines are specified in the Federal Rules of Civil Procedure, the Local Civil Rules, and the Local Patent Rules.  These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties.  The Court will alter these dates only upon good cause shown:  failure to complete discovery within the time allowed is not recognized as good cause.

If the trial date and/or other dates assigned to this matter create an irreconcilable conflict, counsel must notify Judge Zilly's Chambers at (206) 370-8830, within 14 days of the date of this Minute Order and explain the exact nature of the conflict.  A failure to do so will be deemed a waiver.  Counsel must be prepared to begin trial on the date scheduled, but should understand that the trial might have to await the completion of other cases.

<u>Claim Construction (Markman) Hearing</u>

Any claim construction hearing will be set for a half-day (2.5 hours).  If more or less time is required, the parties are instructed to inform Judge Zilly's Chambers at (206) 370-8830.

PLEASE NOTE:  The Court will <u>not</u> rule on dispositive motions that raise issues of claim construction prior to the <u>Markman</u> Hearing, unless special circumstances warrant doing so and leave of Court is obtained in advance of filing.

<u>Exhibits</u>

The original and one copy of any exhibit to be used at the <u>Markman</u> Hearing and/or trial are to be delivered to the Court at least five (5) days before the hearing and/or trial date at a time coordinated with Courtroom Deputy Clerk Gail Glass, who can be reached at (206) 370-8522.

Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns:  "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted."  The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column.  Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.  Each exhibit shall be clearly marked.  Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered

consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit.  For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200; if defendant's last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

Settlement

Should this case settle, counsel shall notify Judge Zilly's Chambers at (206) 370-8830 as soon as possible.

(5) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of May, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk
